IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATACHA NICOLAS<br>2067 Blackrock Ave.<br>Bronx, New York 10472<br><br>    Plaintiff<br><br>v.<br><br>TOWN OF OCEAN CITY<br>Serve on:<br>Heather Stansbury, City Solicitor<br>6200 Coastal Highway<br>Suite 200<br>Ocean City, MD 21842<br><br>    and<br><br>MAYOR AND CITY COUNCIL<br>OF OCEAN CITY<br>Serve on:<br>Heather Stansbury, City Solicitor<br>6200 Coastal Highway<br>Ocean City, MD 21842<br><br>    and<br><br>VINCENT J. HOLLOWAY, III<br>8733 Bethel Rd.<br>Willards, MD 21874<br><br>    Defendants | Case No. |

## **COMPLAINT AND DEMAND FOR JURY TRIAL**

Now comes the Plaintiff, Natacha Nicolas, by Lawrence S. Greenberg and the Greenberg Law Office, her attorneys, and sues the Defendants, the Town of Ocean City, Mayor and City Council of Ocean City, and Vincent J. Holloway, III, and as causes of action, state as follows:

## PARTIES

1. The Plaintiff, Natacha Nicolas, is a citizen of New York with residence at 2067 Blackrock Ave., Bronx, New York 10472. She is a person within the meaning of the Constitution of the United States and has been injured by the Defendants.

2. The Defendant, Town of Ocean City, Maryland (hereinafter "Town") is a municipal corporation created and existing under the laws of the State of Maryland. In all respects set forth herein, Ocean City acted under color of the law of the State of Maryland.

3. The Defendant Mayor and City Council of Ocean City (hereinafter "the Council") is the governing agency of the municipal corporation and political subdivision of the State of Maryland, located in the County of Worcester, State of Maryland.

4. Defendants Town and the Council are collectively referred to herein as "Ocean City."

5. The Defendant, Vincent J. Holloway, III (hereinafter "Holloway"), is a citizen of Maryland with a residence at 807 Scott Circle, Glen Burnie, MD 21060. He is a person within the meaning of the Constitution of the United States and was the owner of the vehicle involved in the collision.

## JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction over this action because it was an automobile collision that occurred on Maryland Route 528 (hereinafter "Coastal Highway") at or near its intersection with 62nd St., in Worcester County, Maryland, on September 4, 2022.

7. As the Plaintiff is a resident of New York, and the Defendants are residents of Maryland, there is diversity of citizenship.

8. The amount in controversy exceeds $75,000.00. Thus, this Court may exercise

diversity jurisdiction over this case.

9. That venue is proper in this Court because the cause of action arose out of actions that occurred in Worcester County, Maryland.

## FACTS

10. This case involves a serious motor vehicle collision that occurred on September 4, 2022, when the Plaintiff was stopped in traffic traveling northbound on Coastal Highway at or near its intersection with 62nd St. when Defendant Holloway, agent, servant, and/or employee of the Defendants, Ocean City, who was operating a heavy-duty trash truck owned by the Defendants, with permission and consent, in a careless, reckless, and negligent manner on Coastal Highway, suddenly, without warning and with great force and violence, struck Plaintiff's vehicle on the right rear passenger side.

11. Defendant Holloway admitted to seeing Plaintiff's vehicle prior to striking her but failed to stop.

12. That Plaintiff substantially complied with the notice requirements of Md. Cts. & Jud. Proc. § 5-304 by mailing Christine Parks, Risk Manager of Defendants Ocean City for over 16 years, a letter providing the Defendants with notice of the time, place, and cause of Plaintiff's injury. The letter was received and acknowledged by Ms. Parks on February 3, 2023, and she requested the Plaintiff to forward her the medical bills and reports upon discharge.

## COUNT I

**NEGLIGENCE**
**(All Defendants)**

13. That the Plaintiff repeats by reference all material allegations of fact contained in the Complaint above with the same force and effect as if repeated at length herein.

14. The collision was caused solely by the carelessness, recklessness, and negligence

of the Defendants, and each of them, in that the Defendant, Holloway, failed to keep a proper lookout, failed to keep the vehicle he was operating under proper control, failed to use reasonable care, was operating his vehicle at a speed greater than reasonable for conditions then and there existing, was following the motor vehicle of the Plaintiff too closely, was otherwise careless, reckless, and negligent and struck the motor vehicle of the Plaintiff in the rear passenger side, totaling the vehicle.

15. That as a result of the negligence of the Defendants, and each of them, the Plaintiff was caused to sustain serious, painful, and permanent injuries in and about her head, neck, body, and limbs.

16. That the Plaintiff was caused to seek hospitalization, the services of medical doctors, to lose time from her gainful employment, and expend or become obligated to expend great sums of money for her medical care and treatment.

17. That the Plaintiff may be caused to seek additional hospitalization and/or medical services, lose additional time from her gainful employment, and expend or become obligated to expend additional sums of money in the future for her medical care and treatment.

18. And the Plaintiff says that the collision and the resulting injuries, damages, and losses were caused solely by the negligence of the Defendants, Scott and Hynson, and each of them, without any negligence on her part in any way contributing thereto.

WHEREFORE, the Plaintiff demands judgment against the Defendants, Town of Ocean City, Mayor and City Council of Ocean City, and Vincent J. Holloway, III in the fair and just amount of $750,000.00 (Seven Hundred Fifty Thousand Dollars) plus pre and post-judgment interest, costs, and for such other and further relief as deemed just, necessary and proper.

**COUNT II**

# NEGLIGENT ENTRUSTMENT

### (Defendants Town of Ocean City and Mayor and City Council of Ocean City)

19. Plaintiff hereby incorporates the paragraphs above of this Complaint fully as if the allegations were set forth fully herein.

20. The injuries, harm, and damages were incurred by the Plaintiff as a result of the use of the vehicle by Defendant Holloway in a negligent and reckless manner, which because of youth, inexperience, and prior actions, Defendants Ocean City knew, or had reason to know, was likely and involved an unreasonable risk of harm to others while driving a truck.

21. Defendants Ocean City, as the employer of Defendant Holloway, had the right to permit and the power to prohibit the use of this truck by Defendant Holloway.

22. Defendants Ocean City knew, or had reason to know, that Defendant Holloway because of youth, inexperience, and/ or prior actions, was likely to drive his truck in a negligent and reckless manner.

23. As a direct result of Defendants Ocean City negligently entrusting Defendant Holloway, who operated said vehicle owned by Defendant Ocean City in a negligent and reckless manner, the Plaintiff, without any contributory negligence, did suffer the injuries, damages, and harm previously enumerated in Count I of this Complaint.

WHEREFORE, the Plaintiff demands judgment against the Defendants, Town of Ocean City and Mayor and City Council of Ocean City in the fair and just amount of $750,000.00 (Seven Hundred Fifty Thousand Dollars) plus pre and post-judgment interest, costs, and for such other and further relief as deemed just, necessary and proper.

## COUNT IV

## NEGLIGENT ENTRUSTMENT

**(Defendants Town of Ocean City and Mayor and City Council of Ocean City)**

24. Plaintiff hereby incorporates the paragraphs above of this Complaint fully as if the allegations were set forth fully herein.

25. The injuries, harm, and damages were incurred by the Plaintiff as a result of the use of the vehicle by Defendant Holloway in a negligent and reckless manner, which because of youth, inexperience, and prior actions, Defendants Ocean City knew, or had reason to know, was likely and involved an unreasonable risk of harm to others.

26. Defendants Ocean City, as the owner of the truck driven by Defendant Holloway, has the right to permit and the power to prohibit the use of said vehicle by Defendant Holloway.

27. Defendants Ocean City knew, or had reason to know, that Defendant Holloway because of youth, inexperience, and/ or prior actions, was likely to drive his truck in a negligent and reckless manner.

28. As a direct result of Defendants Ocean City negligently entrusting the vehicle to Defendant Holloway, who operated said vehicle in a negligent and reckless manner, the Plaintiff, without any contributory negligence, did suffer the injuries, damages, and harm previously enumerated in Count I of this Complaint

WHEREFORE, the Plaintiff demands judgment against the Defendants, Town of Ocean City and Mayor and City Council of Ocean City in the fair and just amount of $750,000.00 (Seven Hundred Fifty Thousand Dollars) plus pre and post-judgment interest, costs, and for such other and further relief as deemed just, necessary and proper.

## COUNT V

## NEGLIGENT HIRING AND RETENTION

**(Defendants Town of Ocean City and Mayor and City Council of Ocean City)**

29. Plaintiff hereby incorporates the paragraphs above of this Complaint fully as if the allegations were set forth fully herein.

30. Defendants Ocean City had a duty to use reasonable care to select an employee who was competent and fit to perform the duties required as an employee. Defendants Ocean City owed such duty to Plaintiff and such duty was breached.

31. Defendants Ocean City knew, or should have known, that Defendant Holloway would be likely to operate a motor vehicle in a negligent and reckless manner.

32. Defendants Ocean City knew, or should have known, that Defendant Holloway was not competent or fit for the duties required of him as an employee.

33. Defendants Ocean City breached their duty to use reasonable care to select and retain an employee that was competent and fit for the position.

34. As a result of Defendants Ocean City were negligt in hiring and retaining Defendant Holloway, Plaintiff was injured as alleged.

WHEREFORE, the Plaintiff demands judgment against the Defendants, Town of Ocean City and Mayor and City Council of Ocean City in the fair and just amount of $750,000.00 (Seven Hundred Fifty Thousand Dollars) plus pre and post-judgment interest, costs, and for such other and further relief as deemed just, necessary and proper.

## COUNT VI

## AGENCY

**(Defendants Town of Ocean City and Mayor and City Council of Ocean City)**

35. Plaintiff hereby incorporates the paragraphs above of this Complaint fully as if the allegations were set forth fully herein.

36. The above-described acts of Defendant Holloway were committed while he was

acting as an agent, servant, and or employee of Defendants Ocean City.

37. The above-described acts of Defendant Holloway were committed within the scope of his agency and while furthering the business interests of Defendants Ocean City.

38. As the principals for Defendant Holloway, Defendants Ocean City are responsible for all of the acts committed by Defendant Holloway within the scope of his agency.

WHEREFORE, the Plaintiff demands judgment against the Defendants, Town of Ocean City and Mayor and City Council of Ocean City in the fair and just amount of $750,000.00 (Seven Hundred Fifty Thousand Dollars) plus pre and post-judgment interest, costs, and for such other and further relief as deemed just, necessary and proper.

Dated this 1st day of June, 2024

GREENBERG LAW OFFICE

_____/s/_____
LAWRENCE S. GREENBERG
Bar No. 23642
6 E. Biddle Street
Baltimore, Maryland 21202
410-539-5250
410-625-7891 (fax)
Larry@greenberglawyers.com
Attorney for the Plaintiff

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands that this case be tried by a jury.

_____/s/_____
LAWRENCE S. GREENBERG